# Memorandum
*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | **Setting Arraignment on Information and Change of Plea:** ***United States v. Akop Atoyan*** **2:21-cr-84-KJM** | *Date:* | **June 1, 2021** |
| *To:* | **Casey Schultz, Courtroom Clerk Honorable Kimberly J. Mueller, Chief United States District Judge** | *From:* | **Matthew Thuesen U.S. Attorney's Office Eastern District of California** |

On April 29, 2021, the United States filed an Information charging Akop Atoyan with one count of health care fraud conspiracy, in violation of 18 U.S.C. § 1349, and one count of conspiracy to pay and receive health care kickbacks, in violation of 18 U.S.C. § 371. Before that date, the United States and Defendant, through counsel, negotiated the terms of a written plea agreement, pursuant to which Defendant has agreed, among other things, to plead guilty to the charges in the Information.

The parties jointly request that this Court schedule and preside over Defendant's arraignment and change of plea hearing on Monday, July 12, 2021, at 9:00 a.m.

Thank you for your assistance. Please feel free to contact me at 916-591-4049, if you have any questions.

cc: Thomas A. Johnson, Counsel for Defendant Akop Atoyan