PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-84 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING SENTENCING DATE AND PRESENTENCE REPORT DISCLOSURE SCHEDULE |
| v. | |
| AKOP ATOYAN, | DATE: July 22, 2021 |
| Defendant. | TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |

### **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On April 29, 2021, the United States filed an information charging Akop Atoyan with one count of health care fraud conspiracy, in violation of 18 U.S.C. § 1349, and one count of conspiracy to pay and receive health care kickbacks, in violation of 18 U.S.C. § 371.

2. On July 15, 2021, defendant pleaded guilty to both charges in the information, pursuant to a plea agreement.

3. Defendant's judgment and sentencing date currently is scheduled for October 7, 2021.

4. The parties jointly request that the Court vacate the judgment and sentencing scheduled for October 7, 2021, and enter an order setting the following schedule for sentencing and disclosure of the presentence report:

| | |
|---|---|
| Judgment and sentencing: | December 16, 2021 |
| Reply or statement of non-opposition: | December 9, 2021 |
| Motion for correction: | December 2, 2021 |
| Presentence Report: | November 25, 2021 |
| Written objections: | November 18, 2021 |
| Proposed Presentence Report: | November 4, 2021 |

**IT IS SO STIPULATED.**

Dated:  July 19, 2021

    PHILLIP A. TALBERT
    Acting United States Attorney

    /s/ MATTHEW THUESEN
    MATTHEW THUESEN
    Assistant United States Attorney

Dated:  July 19, 2021

    /s/ THOMAS A. JOHNSON
    THOMAS A. JOHNSON
    Counsel for Defendant
    Akop Atoyan

**ORDER**

IT IS SO ORDERED.

Dated:  July 21, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING HEARING

2