PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW THUESEN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>AKOP ATOYAN,<br><br>                    Defendant. | 2:21-CR-00084-MCE<br><br><br>APPLICATION AND ORDER FOR<br>MONEY JUDGMENT |

On or about July 15, 2021, defendant Akop Atoyan entered a guilty plea to conspiracy to commit health care fraud in violation of 18 U.S.C. § 1349 (Count One) and conspiracy to pay and receive health care kickbacks in violation of 18 U.S.C. § 371 (Count Two), as charged in the Information.

As part of his plea agreement with the United States, defendant Akop Atoyan agreed to forfeit voluntarily and immediately $2,525,363, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of violations of 18 U.S.C. §§ 371 and 1349 to which he has pled guilty.  See Defendant Atoyan's Plea Agreement ¶ II.F.  Plaintiff hereby applies for entry of a money judgment as follows:

1.       Pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(7), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Akop Atoyan in the amount of $2,525,363.

2.      The above-referenced personal forfeiture money judgment is imposed based on defendant

Akop Atoyan's convictions for violating 18 U.S.C. §§ 371 and 1349 (Counts One and Two).  Said

amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the

proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the

offenses of conviction.  Any funds applied towards such judgment shall be forfeited to the United States

of America and disposed of as provided for by law.

3.      Payment of the personal forfeiture money judgment should be made in the form of a

cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn:

Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  An initial payment of at least

$25,000 is due on or before the date of sentencing.  Prior to the imposition of sentence, any funds

delivered to the United States to satisfy the personal money judgment shall be seized and held by the

U.S. Marshals Service, in its secure custody and control.  Any funds paid to victims through restoration

or remission shall be credited to the defendant's restitution obligation.

DATED:  7/19/2021                                            PHILLIP A. TALBERT
                                                             Acting United States Attorney


                                                              /s/ Matthew Thuesen
                                                             MATTHEW THUESEN
                                                             Assistant U.S. Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Akop Atoyan in the amount of $2,525,363.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  An initial payment of at least $25,000 is due on or before the date of sentencing.

Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.  Any funds paid to victims through restoration or remission shall be credited to the defendant's restitution obligation.

IT IS SO ORDERED.

Dated:  July 21, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

3