THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>AKOP ATOYAN,<br><br>        Defendant. | Case No.: 2:21-cr-0084-MCE<br><br>STIPULATION AND ORDER CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 16, 2021, is continued to January 13, 2022, at 10:00 a.m. in the same courtroom.   Defense counsel needs additional time to prepare for sentencing.  Matthew Thuesen, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The assigned probation officer is available on the newly requested date.  The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | January 13, 2022 |
| Reply or Statement | January 6, 2022 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | December 23, 2021 |

1

| | | |
|---|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | | December 9, 2021 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | | December 2, 2021 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | | November 18, 2021 |

**IT IS SO STIPULATED.**

Dated: August 26, 2021                    /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Akop Atoyan


                                          PHILLIP A. TALBERT
                                          Acting United States Attorney

Dated: August 26, 2021                    /s/ Matthew Thuesen
                                          MATTHEW THUESEN
                                          Assistant U.S. Attorney

### ORDER

    IT IS SO ORDERED.

Dated:  August 30, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2