UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JOHN EBY,<br><br>      Defendant.<br>_____/ | No. 2:19-CR-00161-MCE<br><br><br>**ORDER OF RECUSAL** |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ANITA VIJAY and JAI VIJAY,<br><br>      Defendants.<br>_____/ | No. 2:20-CR-00010-MCE |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MARIELA PANGANIBAN,<br><br>      Defendant.<br>_____/ | No. 2:21-CR-00032-MCE |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-00050-MCE |
| Plaintiff, | |
| v. | |
| LIANA KARAPETYAN, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-00084-MCE |
| Plaintiff, | |
| v. | |
| AKOP ATOYAN, | |
| Defendant. | |

It appearing to the undersigned, the judge to whom these cases are presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

**IT IS HEREBY ORDERED** that:

1. The undersigned **RECUSES** himself as the judge to whom these cases are assigned;

2. All currently scheduled dates in the above-captioned actions are **VACATED**; and;

///
///
///
///
///

2

3. The Clerk of the Court is **DIRECTED** to randomly reassign these cases to another judge for all further proceedings, making appropriate adjustments in the assignments of criminal cases to compensate for such reassignment.

IT IS SO ORDERED.

Dated:  September 9, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE