THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>v.<br><br>AKOP ATOYAN,<br><br>           Defendant. | Case No.: 2:21-cr-0084-TLN<br><br>STIPULATION AND ORDER CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 13, 2022, is continued to March 24, 2022, at 9:30 a.m.   Defense counsel needs additional time to prepare for sentencing. Matthew Thuesen, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The assigned probation officer is available on the newly requested date.   The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | March 24, 2022 |
| Reply or Statement | March 17, 2022 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | March 10, 2022 |

1

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | March 3, 2022 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 17, 2022 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | February 3, 2022 |

**IT IS SO STIPULATED.**

Dated: December 10, 2021        /s/ Thomas A. Johnson
                                THOMAS A. JOHNSON
                                Attorney for Akop Atoyan


                                PHILLIP A. TALBERT
                                Acting United States Attorney

Dated: December 10, 2021        /s/ Matthew Thuesen
                                MATTHEW THUESEN
                                Assistant U.S. Attorney

## ORDER

    IT IS SO ORDERED.

Dated:  December 13, 2021

                                Troy L. Nunley
                                United States District Judge

2