THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>    v.<br><br>AKOP ATOYAN,<br><br>          Defendant. | Case No.: 2:21-cr-0084-TLN<br><br>STIPULATION AND ORDER CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for March 24, 2022, is continued to June 9, 2022, at 9:30 a.m.  A previous stipulation was filed in this case requesting April 21, 2022, however, that was not an available date. Defense counsel needs additional time to prepare for sentencing.  Matthew Thuesen, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | June 9, 2022 |
| Reply or Statement | June 2, 2022 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | May 26, 2022 |

1

**IT IS SO STIPULATED.**

Dated: March 9, 2022                                      /s/ Thomas A. Johnson
                                                          THOMAS A. JOHNSON
                                                          Attorney for Akop Atoyan


                                                          PHILLIP A. TALBERT
                                                          Acting United States Attorney

Dated: March 9, 2022                                      /s/ Matthew Thuesen
                                                          MATTHEW THUESEN
                                                          Assistant U.S. Attorney

## ORDER

    IT IS SO ORDERED.

DATED:  March 9, 2022

                                                          Troy L. Nunley
                                                          United States District Judge

2