THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>AKOP ATOYAN,<br><br>Defendant. | Case No.: 2:21-cr-0084-TLN<br><br>STIPULATION AND ORDER CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for June 9, 2022, is continued to September 1, 2022, at 9:30 a.m. Defense counsel has been engaged in a state criminal trial and needs additional time to prepare for sentencing. Matthew Thuesen, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is to be amended as follows:

Judgment and Sentencing date:                                            September 1, 2022

**IT IS SO STIPULATED.**

Dated: June 7, 2022                                   /s/ Thomas A. Johnson
                                                                  THOMAS A. JOHNSON
                                                                   Attorney for Akop Atoyan

1

|   |   |
|---|---|
| Dated: June 7, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Matthew Thuesen<br>MATTHEW THUESEN<br>Assistant U.S. Attorney |

## ORDER

IT IS SO ORDERED.

Dated:  June 7, 2022

Troy L. Nunley
United States District Judge

2