THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>AKOP ATOYAN,<br><br>　　　　　　Defendant. | Case No.: 2:21-cr-0084-DAD<br><br>STIPULATION AND ORDER<br>CONTINUANCE OF JUDGMENT AND<br>SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for September 1, 2022, is continued to October 11, 2022, at 9:00 a.m.  The case was recently re-assigned to the Honorable Dale A. Drozd, United States District Court.  The parties are requesting that the sentencing now proceed on October 11, 2022.  Defense counsel needs additional time because of the unforeseen illness of Mr. Atoyan in August of 2022.  Matthew Thuesen, Assistant United States Attorney, has been informed of this and concurs in the new date.

Judgment and Sentencing date:                    October 11,  2022

**IT IS SO STIPULATED.**

Dated: August 30, 2022                              /s/ Thomas A. Johnson
                                                   THOMAS A. JOHNSON
                                                   Attorney for Akop Atoyan

1

1

2          PHILLIP A. TALBERT
           United States Attorney
3

4  Dated: August 30, 2022          /s/ Matthew Thuesen
                                    MATTHEW THUESEN
5                                   Assistant U.S. Attorney

6

7                          **ORDER**

8

9        IT IS SO ORDERED.

10
   DATE:  August 31, 2022
11

12                                  _____
                                    HON. DALE A. DROZD
13                                  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28