ANNA OSIPOV, SBN 265821
OSIPOV LAW GROUP
13848 VENTURA BOULEVARD,
SHERMAN OAKS, CA 91423
TELEPHONE: (818) 602-0552
EMAIL: anna@osipovlawgroup.com

Attorney for Defendant
AKOP ATOYAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>AKOP ATOYAN,<br><br>       Defendant | **Case No.: 21-CR-00084-DAD**<br><br>STIPULATION TO CONTINUE SENTENCING DATE<br><br><br>Current Date: October 11, 2022<br>Proposed Date: December 6, 2022 |

Defendant, Akop Atoyan, by and through his counsel of record, and Plaintiff, United States of America, by and through its counsel of record, hereby stipulate as follows:

1. The defendant entered a plea of guilty on July 15, 2021. By order, this Court set the matter for sentencing on October 7, 2021, at 10:00 a.m.

2. Defendant, by and through his prior attorney of record, filed multiple stipulations to continue the sentencing to from October 7, 2021, to October 11, 2022.

3. By this stipulation, defendant now moves to continue the sentencing to December 6, 2022, at 9:30 a.m. or any date thereafter.

4. Defendant has retained new counsel, who needs additional time to prepare a sentencing memorandum.

5. The government is amenable to a continuance.

IT IS SO STIPULATED.

Dated: September 21, 2022	Respectfully Submitted,

/s/ *Anna Osipov*

ANNA OSIPOV
OSIPOV LAW GROUP
Attorney for Defendant
AKOP ATOYAN

Dated: September 21, 2022	Respectfully Submitted,

/s/ *Matthew Thuesen*

MATTHEW THUESEN
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

///

///

///

///

///

///

///

///

///

///

1 ANNA OSIPOV, SBN 265821
OSIPOV LAW GROUP
2 13848 VENTURA BOULEVARD,
SHERMAN OAKS, CA 91423
3 TELEPHONE: (818) 602-0552
EMAIL: anna@osipovlawgroup.com

4 Attorney for Defendant
AKOP ATOYAN

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-00084-DAD |
| Plaintiff, | |
| vs. | ORDER |
| AKOP ATOYAN, | |
| Defendant | |

Pursuant to the parties' stipulation, and good cause appearing, the sentencing date in the case of defendant AKOP ATOYAN'S is hereby continued from October 11, 2022, to December 6, 2022, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **September 22, 2022**            _____
                                                              UNITED STATES DISTRICT JUDGE

3