UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,, | No.  Case No.: 21-CR-00084-DAD |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| AKOP ATOYAN, | |
| Defendant. | |

Having considered the parties' stipulation, it is hereby ordered that AKOP ATOYAN'S sentencing date is continued from December 6, 2022, to December 20, 2022, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **November 16, 2022**  

_____
UNITED STATES DISTRICT JUDGE

1