ANNA OSIPOV, SBN 265821
OSIPOV LAW GROUP
13848 VENTURA BOULEVARD,
SHERMAN OAKS, CA 91423
TELEPHONE: (818) 602-0552
EMAIL: anna@osipovlawgroup.com

Attorney for Defendant
AKOP ATOYAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AKOP ATOYAN,<br><br>Defendant | **Case No.: 21-CR-00084-DAD**<br><br>STIPULATION TO CONTINUE SENTENCING DATE<br><br>Current Date: December 20, 2022<br>Proposed Date: January 10, 2023 |

Defendant, Akop Atoyan, by and through his counsel of record, and Plaintiff, United States of America, by and through its counsel of record, hereby stipulate as follows:

1. The defendant entered a plea of guilty on July 15, 2021. By order, this Court set the matter for sentencing on October 7, 2021, at 10:00 a.m.

2. Defendant, by and through his prior attorney of record, filed multiple stipulations to continue the sentencing to from October 7, 2021, to October 11, 2022.

3. This Honorable Court granted new counsel a continuance from October 11, 2022, to December 6, 2022. The Court granted a second continuance, by stipulation, to December 20, 2022.

4. Defendant now moves for a continuance of the sentencing hearing date to January 10, 2023, at 9:30 a.m.

5. Defendant's counsel is COVID positive and unable to travel.

6. The government is amenable to this short continuance.

IT IS SO STIPULATED.

Dated: December 16, 2022                    Respectfully Submitted,

/s/ Anna Osipov

ANNA OSIPOV
OSIPOV LAW GROUP
Attorney for Defendant
AKOP ATOYAN

Dated: December 16, 2022                    Respectfully Submitted,

/s/ Matthew Thuesen

MATTHEW THUESEN
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

ANNA OSIPOV, SBN 265821
OSIPOV LAW GROUP
13848 VENTURA BOULEVARD,
SHERMAN OAKS, CA 91423
TELEPHONE: (818) 602-0552
EMAIL: anna@osipovlawgroup.com

Attorney for Defendant
AKOP ATOYAN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-00084-DAD |
| Plaintiff, | |
| vs. | ORDER |
| AKOP ATOYAN, | |
| Defendant | |

Having considered the parties' stipulation, it is hereby ordered that AKOP ATOYAN'S sentencing date is continued from December 20, 2022, at 9:30 a.m. to January 10, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **December 19, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE