ANNA OSIPOV, SBN 265821
OSIPOV LAW GROUP
13848 VENTURA BOULEVARD,
SHERMAN OAKS, CA 91423
TELEPHONE: (818) 602-0552
EMAIL: anna@osipovlawgroup.com

Attorney for Defendant
AKOP ATOYAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>AKOP ATOYAN,<br><br>            Defendant | **Case No.: 21-CR-00084-DAD**<br><br>STIPULATION TO EXTEND SELF-SURRENDER DATE; DECLARATION OF GOURGEN ALMASI, D.D.S IN SUPPORT THEREOF<br><br>Current Date: February 28, 2023<br><br>Proposed Date: April 3, 2023 |

Defendant, Akop Atoyan, by and through his counsel of record, and Plaintiff, United States of America, by and through its counsel of record, hereby stipulate as follows:

1. Mr. Atoyan entered a plea of guilty on July 15, 2021. On January 10, 2023, he was sentenced in this matter, which included a term of 25 months imprisonment, followed by 24 months of supervised release.

2. Mr. Atoyan is scheduled to surrender on February 28, 2023. Mr. Atoyan reported to the United States Marshall's Office in the Central District of California and was processed for designation.

3. Mr. Atoyan now moves to extend his self-surrender date from February 28, 2023, to April 3, 2023.

4. Mr. Atoyan has undergone oral surgery for the placement of five dental implants. He began the process on July 6, 2022. Mr. Atoyan's dentist, Dr. Gougen Almasi, has currently exposed and crowned three of the five implants. The remaining two will require an additional approximately 4 weeks to complete. If this dental work is not completed before Mr. Atoyan surrenders, he will suffer serious dental issues in the future.

5. Attached hereto is the declaration of Mr. Atoyan's dentist, Dr. Gourgen Almasi.

6. The government is amenable to this request for extension.

Dated: February 10, 2023                    Respectfully Submitted,

/s/ *Anna Osipov*
ANNA OSIPOV
OSIPOV LAW GROUP
Attorney for Defendant
AKOP ATOYAN

Dated: February 10, 2023                    Respectfully Submitted,

/s/ *Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

ANNA OSIPOV, SBN 265821
OSIPOV LAW GROUP
13848 VENTURA BOULEVARD,
SHERMAN OAKS, CA 91423
TELEPHONE: (818) 602-0552
EMAIL: anna@osipovlawgroup.com

Attorney for Defendant
AKOP ATOYAN

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>AKOP ATOYAN,<br><br>    Defendant | **Case No.: 21-CR-00084-DAD**<br><br>ORDER |

**GOOD CAUSE HAVING BEEN SHOWN,** and pursuant to the stipulation of the parties, **d**efendant Akop Atoyan's self-surrender date into BOP custody is hereby continued from February 28, 2023, to April 3, 2023 by 2:00 p.m.

IT IS SO ORDERED.

Dated:   **February 13, 2023**          _____
                                         Dale A. Drozd
                                         UNITED STATES DISTRICT JUDGE